# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-437-776**

**Effective Date of Registration:**
October 04, 2017

## Title

- **Title of Work:** Dominion, Second Edition

## Completion/Publication

- **Year of Completion:** 2016
- **Date of 1st Publication:** September 26, 2016
- **Nation of 1st Publication:** United States

## Author

- **Author:** Rio Grande Games
- **Author Created:** new and revised text, compilation of artwork

- **Author:** Donald X. Vaccarino
- **Author Created:** new and revised text
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Rio Grande Games, 18 Santa Ana Loop, Placitas, NM, 87043, United States
- **Transfer statement:** By written agreement

## Limitation of copyright claim

- **Material excluded from this claim:** previous version
- **New material included in claim:** new and revised text, compilation of artwork

## Rights and Permissions

- **Organization Name:** Neal & McDevitt, LLC
- **Email:** pto@nealmcdevitt.com
- **Address:** 1776 Ash Street
  Northfield, IL 60093 United States

Page 1 of 2