Kelly J. Garrone
**McCarter & English, LLP**
Worldwide Plaza
825 Eighth Avenue, 31st Floor
New York, New York 10019
Tel. (212) 609-6800
Kgarrone@mccarter.com

Jeffrey T. Norberg
**NEAL & McDevitt, LLC**
1776 Ash Street
Northfield, Illinois 60093
Telephone:	(847) 441-9100
jnorberg@nealmcdevitt.com
(*pro hac vice* application forthcoming)

Attorneys for Plaintiff
Rio Grande Games, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIO GRANDE GAMES, INC., a New Mexico Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>PASTEL ENTERPRISES, INC., a New Jersey )<br>Corporation, PASTEL ENTERPRISES, LLC, )<br>a New Jersey Limited Liability Company, )<br>MOSES GROSSMAN, an individual )<br>JOOBER INCORPORATED, a New York )<br>Corporation, ADAM JOEL OBERLANDER )<br>an Individual, BATTERY GIANT, LLC )<br>a New York Limited Liability Company, and )<br>KEILE BENEDIKT, an individual )<br>)<br>Defendants.  ) | CIVIL ACTION NO.:<br>1:18-cv-00409-AMD-VMS |

**NOTICE OF VOLUNTARY DISMISSAL OF PASTEL ENTERPRISES, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rio Grande Games, Inc. hereby dismisses without prejudice Defendant Pastel Enterprises, Inc.  This dismissal does not affect any claims against any of the other defendants in this Action.

RESPECTFULLY SUBMITTED this 12th day of March, 2018.

By: /s/ Jeffrey T. Norberg

Jeffrey T. Norberg, Esq.
Illinois Bar No. 6315012
NEAL & McDEVITT, LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 441-9100
Facsimile:   (847) 441-0911

Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on March 12, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service, upon the following parties and participants:

CJ Rosenbaum, Esq.  
Rosenbaum Famularo, P.C.  
Five Penn Plaza, 23rd Floor  
New York, New York 10001  
(*representing defendants Joober, Inc. and Adam Joel Oberlander*)

Battery Giant, LLC  
577 Route 17M  
Monroe, NY 10950

Avrom R. Vann, Esq.  
Avrom R. Vann, P.C.  
420 Lexington Ave.  
New York, New York 10170  
(*representing defendant Moses Grossman*)

Keile Benedikt  
Battery Giant, LLC  
577 Route 17M  
Monroe, NY 10950

| | |
|---|---|
| Pastel Enterprises, Inc.<br>4 Hummingbird Court<br>Howell, NJ 07731 | Pastel Enterprises, LLC<br>4 Hummingbird Court<br>Howell, NJ 07731 |

Joober Inc.
199 Lee Avenue, #282
Brooklyn, NY 11211

Adam Joel Oberlander
Joober, Inc.
199 Lee Avenue, #282
Brooklyn, NY 11211

Moses Grossman
4 Hummingbird Court
Howell, NJ 07731


Dated: March 12, 2018                                By     /s/ Jeffrey T. Norberg
                                                                    Jeffrey Norberg
                                                                    NEAL & McDEVITT, LLC

ME1 26781119v.1