## AVROM R. VANN, P.C.
ATTORNEY-AT-LAW
1211 AVENUE OF THE AMERICAS-40TH FLOOR
NEW YORK, NEW YORK 10036-8718

(212) 382-1700

AVROM R. VANN, P.C.*

FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

March 14, 2018

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East-Court Room 4(G) North
Brooklyn, New York 11201

      RE:    Moses Grossman adv. Rio Grande Games, Inc.
              Civil Action Number: 18-cv-00409

Dear Judge Donnelly:

      I represent Moses Grossman, a named Defendant in this lawsuit.

      I refer to Document Number 28-1 as filed on the electronic filing system of the Court entitled Proposed Order Granting Preliminary Injunction.

      Mr. Grossman has no objection to the Court signing that proposed Order both in his individual capacity and in his capacity as an officer of Pastel Enterprises Inc.

      I have personally spoken with Jeffrey T. Norberg, Esquire and advised him of the fact that Mr. Grossman will not be opposing the request for a Preliminary Injunction. I am actually engaged before the United States District Court for the Southern District of New York (Honorable Judith C. McCarthy) tomorrow morning and as that Court is in White Plains and meeting at 10:30 A.M. I am unable to personally appear before your Honor tomorrow morning.

      Nevertheless, please consider this letter as the Defendants' consent to the entry of the Order as requested.

                                                      Respectfully submitted,

                                                      AVROM R. VANN, P.C.
                                                      By:_____
                                                          Avrom R. Vann, Esquire

ARV: dat
CC:    Via ECF Kelly J. Garone, Esquire
          Jeffrey T. Norberg, Esquire