**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 3/15/2018

Case: _Rio Grande Games Inc._

Civ. A. 18-409 (AMD)(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☐ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer                ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ **Status conference**   Date: 4/17/18   Time: Noon
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

*All pro se parties & counsel to appear.*

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ **Joint letter confirming discovery is concluded**

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ **Settlement Conference**   Date:   Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Rio Grande                           Civ. A. 18-409

Date: 3/15/2018

**Additional Orders:**

- Postel
- Grossner
- Battery Grant

π to issue discovery by email to counsel and overnight delivery by 3/16/18.

All responses with documents due 3/26/18.

Counsel is to serve a copy of this Order with the requests.

Note: π will issue subpoena to Amazon in Seattle, to a logistics company in Los Angeles, and possibly to Mr. Krancz in NYC who might be a third party.

Note: Mr. Grossner's counsel conducted that his client may file for bankruptcy.

Page 2 of 2