Kelly J. Garrone
**McCarter & English, LLP**
Worldwide Plaza
825 Eighth Avenue, 31 st Floor
New York, New York 10019
Tel. (212) 609-6800
Kgarrone@mccarter.com

Jeffrey T. Norberg
**NEAL & McDevitt, LLC**
1776 Ash Street
Northfield, Illinois 60093
Telephone:      (847) 441-9100
jnorberg@nealmcdevitt.com
(*pro hac vice*)

Attorneys for Plaintiff
Rio Grande Games, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RIO GRANDE GAMES, INC.,<br>a New Mexico Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.:<br>1:18-cv-00409-CBA-VMS |
| PASTEL ENTERPRISES, LLC,<br>a New Jersey Limited Liability Company,<br>CHINA ASSURED, LLC, a New Jersey Limited<br>Liability Company, MOSES GROSSMAN,<br>an individual, JOOBER INCORPORATED,<br>a New York Corporation,<br>ADAM JOEL OBERLANDER an Individual,<br>BATTERY GIANT, LLC, a New York<br>Limited Liability Company, and<br>KEILE BENEDIKT, an individual | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT, STIPULATED DISMISSAL AND MOTION FOR
## PERMANENT INJUNCTION

Plaintiff Rio Grande Games ("RGG") and Defendants Joober, Inc. and Adam Joel Oberlander (the "Joober Defendants") hereby provide notice that RGG and the Joober Defendants have reached a settlement of all claims between them.  RGG and the Joober defendants hereby, by and through counsel, stipulate and agree that Plaintiff's claims against the Joober Defendants in this litigation are dismissed with prejudice, and the Joober Defendants' counterclaims against RGG are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.  RGG and the Joober Defendants further hereby stipulate to entry of, and respectfully request that this Court enter, the attached Stipulated Permanent Injunction and Dismissal.  This stipulation does not affect RGG's claims against the remaining defendants to this action, nor the Joober Defendants' cross-claims against Moses Grossman, Pastel Enterprises, LLC and China Assured, LLC.

SO STIPULATED this 1st day of November, 2018.


By:  /s/ Jeffrey T. Norberg_____


Jeffrey T. Norberg, Esq.
Illinois Bar No. 6315012
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, IL  60093
Telephone:  (847) 441-9100
Facsimile:   (847) 441-0911


Attorneys for Plaintiff

1

By: /s/ Aaron S. Haleva


Aaron S. Haleva, Esq.
New York Bar No. 2094720
SCHWABE, WILLIAMSON & WYATT
1420 5TH Avenue, Suite 3400
Seattle, WA  98104
Telephone:  (206) 292-1331
Facsimile:   (206) 292-0460.


Attorneys for Defendants Joober, Inc.and
Adam Joel Oberlander

2

**Certificate of Service**

I hereby certify that on November 1, 2018, the **NOTICE OF SETTLEMENT,**

**STIPULATED DISMISSAL AND MOTION FOR PERMANENT INJUNCTION**, and

[Proposed] Dismissal and Permanent Injunction was filed with the Clerk of the Court and served

in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local

Rules, and/or the Eastern District's Rules on Electronic Service, upon the following parties and

participants:


Aaron Haleva (via ECF)
(*representing defendants Joober, Inc. and
Adam Joel Oberlander*)

Kyle Seiss
Cohen, Labarbera and Landrigan, LLP
40 Matthews
Goshen, NY 10924
(*representing Battery Giant, LLC and Keile
Benedikt*).


Avrom R. Vann, Esq.
Avrom R. Vann, P.C.
420 Lexington Ave.
New York, New York 10170
(*representing defendant Moses Grossman*)

Pastel Enterprises, LLC
4 Hummingbird Court
Howell, NJ 07731

China Assured, LLC
4 Hummingbird Court
Howell, NJ 07731


Dated:  November 1, 2018

By  ____/s/ Jeffrey T. Norberg_____
Jeffrey Norberg
NEAL & McDEVITT, LLC

3