**Record of Conference and Orders: Vera M. Scanlon, USMJ**       Date: 12/3/2018

Case: Rio Grande Games, Inc. v. Pastel Enterprises, Inc. et al       Status Conference @ 12:30 PM

Civ.: 1:18-cv-00409-AMD-VMS

**ECF Recording in 13A South:**       ☐ Telephone Conference       ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☑ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐
☐ JPTO Conference     ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

- ☐ Motions decided on the record
- ☐ Rule 26(a) disclosures, incl. supplements
- ☐ Document requests to be served
- ☐ Interrogatories to be served
- ☑ Amended pleadings, incl. joinder       ☐ To be served       ☑ To be filed  12/7/18
  - ☐ Complaint  ☐ Answer       ☐ On consent  ☐ By motion  ☐ By PMC letter
- ☐ Joint status letter  ☐ Stip of dismissal to be filed
- ☐ Status conference       Date:       Time:
  - ☐ In person  ☐ Telephone (718) 613-2300       To be organized by:
- ☐ Specific depositions to be held
- ☐ Fact discovery closes
- ☐ Expert disclosures to be served
- ☐ Initial expert report(s) to be served
- ☐ Rebuttal expert report(s) to be served
- ☐ Expert discovery closes
- ☐ All discovery closes
- ☐ Joint letter confirming discovery is concluded
- ☐ Summary judgment to be initiated       ☐ PMC letter  ☐ Briefing
- ☐ Joint pre-trial order to be filed       ☐ Letter for conference  ☐ Proposed JPTO
- ☐ Proposed confidentiality order to be filed
- ☐ Consent to Magistrate Judge to be filed
- ☐ Settlement Conference       Date:       Time:

**Additional Orders:**

MR Oberlander and Jooher Jr. will file an amended answer w/ cross-claims by 12/21/18.

By 2/15/19, P and Oberlander/ Jahn will file default motions if Ds don't respond.

Once the default motions are filed, the court will determine whether an inquest is needed.