**AVROM R. VANN, P.C.**
ATTORNEY-AT-LAW
1211 AVENUE OF THE AMERICAS-40TH FLOOR
NEW YORK, NEW YORK  10036-8718

(212) 382-1700

AVROM R. VANN, P.C.*                                         FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

July 16, 2019

<u>VIA ECF</u>

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East-505 North
Brooklyn, New York 11201

      RE:   Pastel Enterprises, LLC adv. Rio Grande Games, Inc.
              Civil Action Number: 1:18-cv-00409-AMD-VMS

Dear Judge Scanlon:

      I am in receipt of an Order for Motion on for alternative service, a Third Amended Answer to Amended Complaint, a Second Amended Complaint, and Summonses in a Civil Action bearing various Docket Entry numbers beginning with 66 and continuing through 83.

      The proposed Order on Motion for alternative service states on Page 2 Paragraph 2 (a) that I am the attorney for Moses Grossman in this action.

      I wish to make the record clear that I have never appeared in this case on behalf of Moses Grossman or any other party and I am not listed on the Court Docket sheet as counsel for any party.

# AVROM R. VANN, P.C.

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
July 16, 2019

Page:   2

      I bring this to the attention of the Court since I believe the Court should be made aware of the inaccuracy of the facts in terms of the assessing the effectiveness of the manner proposed and adopted in the Motion for alternative service and the specific manner in which the Court authorized service on various defendants based upon the factually incorrect statements made to the Court in the application for the Order authorizing service.

      Respectfully submitted,

      AVROM R. VANN, P.C.

      By:_____
           Avrom R. Vann, Esquire

ARV: dat
CC:   Aaron S. Haleva, Esquire
      Via ECF

      Kelly J. Garrone, Esquire
      Vis ECF

J:\GROSSMAN_MOSES (PASTEL ENTERPRISES INC.)\RIO GRANDE GAMES INC\Scanlan_Honorable Vera M Letter on Service of Docs 2019-07-15.wpd