Avrom R. Vann, Esquire
**AVROM R. VANN, P.C.**
1211 Avenue of the Americas-40th Floor
New York, New York 10038-8718
Tel: (212) 382-1700
a2442@aol.com

Attorneys for Defendant
    PASTEL ENTERPRISES, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RIO GRANDE GAMES, INC.,
a New Mexico Corporation,

        Plaintiff,

    v.

PASTEL ENTERPRISES, LLC,
a New Jersey Limited Liability Company,
CHINA ASSURED, LLC, a New Jersey
Limited Liability Company, MOSES
GROSSMAN, an individual, PASTEL
COMPANIES, INC., a New Jersey
Company, BATTERY GIANT, LLC
a New York Limited Liability Company,
and KEILE BENEDIKT, an individual,

        Defendants.

Civil Action Number: 1:18-cv-00409-AMD-VMS

## **ATTORNEY'S AFFIRMATION**

STATE OF NEW YORK  )
                              .ss:
COUNTY OF NEW YORK)

ENDFIELD

        AVROM R. VANN, ESQUIRE, an attorney at law duly admitted to practice before

1

the Courts of the State of New York and not being a party to this action, hereby affirms under the penalties of perjury as follows:

1. I refer to the Order of this Court dated July 23, 2019 (the "Order").

2. Pursuant to the Order, I advise this Court that prior to my receipt of the Order I had sent to Mr. Moses Grossman ("Grossman") a copy of all of the papers which I had received from counsel for the Plaintiff.

3. As the Court has requested, I advise the Court that I do not represent Grossman in this matter.

WHEREFORE, to the extent that my name may appear in this matter as an attorney for Grossman I respect that the Court Docket be modified to reflect that I am not counsel for Grossman in this matter.

Dated:     New York, New York
           August 19, 2019

                                                          _____
                                                          Avrom R. Vann, Esquire

J:\GROSSMAN_MOSES (PASTEL ENTERPRISES INC.)\RIO GRANDE GAMES INC\Attorney's Affirmation 2019-08-05.wpd